## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01946-JVS<br>Criminal Case SACR 19-00169-JVS | Date | November 9, 2022 |
| Title | Jesus Eric Carasco v. United States of America | | |

| | |
|---|---|
| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] <u>Order Regarding Motion to Vacate, Set Aside, or Correct</u>**

Defendant/Petitioner, Jesus Eric Carasco ("Carasco"), requests the Court vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  (CR,[1] Dkt. No. 171; CV, Dkt. No. 1.[2])  Plaintiff/Respondent, United States of America (the "Government") filed a motion to dismiss Carasco's request.  (CR, Dkt. No. 173; CV, Dkt. No. 3.)

For the following reasons, the Court **DENIES** Carasco's motions.

Motions for reconsideration are governed by Federal Rule of Civil Procedure 59(e).  The Court has discretion in determining whether to grant a motion for reconsideration.  See <u>Navajo Nation v. Confederated Tribes & Bands of the Yakima Indian Nation</u>, 331 F.3d 1041, 1046 (9th Cir. 2003).  A motion for reconsideration "is an 'extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources.'"  <u>Am. Unites for Kids v. Lyon</u>, 2015 WL 5822578, at *3 (C.D. Cal. Sept. 30, 2015) (citation omitted). Thus, "a motion for reconsideration should not be granted absent highly unusual circumstances," such as where a district court "is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law."  <u>389 Orange St. Partners v. Arnold</u>, 179 F.3d 656, 665 (9th Cir. 1999).

---

[1] CR refers to the docket in case SACR 19-00169-JVS.

[2] CV refers to the docket in the case SACV 22-01946-JVS.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 22-01946-JVS<br>Criminal Case SACR 19-00169-JVS | Date | November 9, 2022 |
|---|---|---|---|
| Title | Jesus Eric Carasco v. United States of America | | |

Carasco's criminal case is pending appeal before the Ninth Circuit. See CR, Dkt. No. 118. Because the appeal is still pending, a section 2255 petition remains premature as the Court lacks subject matter jurisdiction over Carasco's petitions. See Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987) ("A district court *should not* entertain a habeas corpus petition while there is an appeal pending in this court or in the Supreme Court." (emphasis in original)).

For the foregoing reasons, the Court **DENIES** Carasco's motions.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | lmb | |