TRULINCS  26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-A

---------------------------------------------------------------------------------------------

FROM: 26019112
TO:
SUBJECT: SEARCH WARRANTS
DATE: 12/03/2023 05:17:21 PM

**FILED**
CLERK, U.S. DISTRICT COURT

December 12, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY:    D. Lewman    DEPUTY

DECEMBER 3, 2023              AFFIDAVIT OF JESUS ERIC CARASCO

I, Jesus Eric Carasco, was originally given a purported copy of a search warrant issued by Judge Lisa Rogan on April 15, 2019. However, upon inquiring about the details of this purported warrant, I was instead given a copy of a purported search warrant issued by a different judge (Debra Harris) fourteen months after the original copy claimed to have been issued (June 11, 2020). This leads the defense to question the authenticity of the purported search warrants. I swear under penalty of perjury that the below statements are true and correct under 28 U.S.C 1746.

1) I, Jesus Eric Carasco, was convicted in Federal Court in Santa Ana, California of narcotic and firearm violations on October 16 2021, and was sentenced to 360 months.

2) I also learned the evidence used against me, Jesus Carasco, was obtained as a result of two purported search warrants sought by members of the San Bernardino Sheriff's department. At issue here is one of those warrants (see exhibit "B" for the original copy purportedly issued by Lisa Rogan, Bates CARASCO_000037-41).

3) On September 12, 2023 I was able to conduct a more adequate investigation into the authenticity of the evidence used against me, and addressed a letter to the Victorville District Criminal Division and/or Court Clerk's Office (see exhibit "A").

4) I requested copies of certified document verification in regards to the authenticity of a search warrant that was purportedly signed by Magistrate Judge Lisa Rogan on April 15, 2019 with the San Bernardino Superior Court Victorville of California. (See exhibit "B" for the purported original, and exhibit "C" for the response I received with warrant number VVSW 20-1275 and warrant ID number 000038580). The response included a new warrant, issued by a different judge (Judge Debra Harris) over a year later (June 11, 2020). In addition, the response I was given included an edited version of the original purported warrant with the same warrant number and warrant ID number added to it as was on the telephonic warrant issued by Judge Debra Harris (see exhibit "C").

5) I also requested copies of the transcript pertaining to the search warrant issued by Judge Lisa Rogan that is required by California Law Penal Code 1526. I additionally requested their office to produce the original search warrant number and the warrant ID number of the warrant that was purportedly given by Judge Lisa Rogan, as the original version of this warrant that I was sent did not have a warrant number or warrant ID number on it (see exhibit "B").

6) I also requested the form of the search warrant that is required by Penal Code 1529 under chapter 3 of search warrants.

7) My inability to obtain the original warrant, transcript, warrant number, warrant ID number and a copy of the form of the warrant that was purportedly given under the hand of Judge Lisa Rogan, is consistent with the allegation that the warrant was fabricated and not legally obtained. Instead, I was given a warrant with the same warrant number, but issued by a different judge (Magistrate Judge Debra Harris) over a year later. I have never gotten a warrant number or warrant ID number for the original version of the warrant purportedly signed by Judge Lisa Rogan other than the warrant number taken from the Debra Harris warrant, and even the updated "original" warrant with Jude Lisa Rogan's signature on it does not have a warrant ID number. Nor does the original warrant have any time of issuance on it (see exhibit "C").

8) In my September 12, 2023 letter, I also requested the Court Clerk's office to provide copies of the entire Search warrant that was given under the hand of Magistrate Judge Debra Harris on June 11, 2020 (see exhibit "A").

9) I also requested the probable cause that is required under California Penal Code 1525 pertaining to this search warrant given under the hand of Judge Debra Harris. I also requested the transcript that is required by California Penal Code 1526. Again my inability to obtain the entire search warrant (including Probable Cause) and transcript pertaining to Judge Debra Harris is consistent with my allegation that both search warrants were fabricated and not legally obtained.

10) On September 28, 2023 I, Jesus Carasco, received a response from the Court Executive Officer and Deputy Gabriela Gamiz Cinco, which states: "THE DOCUMENT TO WHICH THIS CERTIFICATION IS ATTACHED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE ATTEST ANABEL Z. ROMERO Clerk of the Superior Court of the State of California, in and for the County of San Bernardino. Date Sep. 28, 2023 by Gabriela Gamiz Cinco Deputy". As explained above, the search warrant that was provided by the Clerk (with Judge Debra Harris' name on it) is in fact

TRULINCS  26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-A

--------------------------------------------------------------------------------------------------------------

not the original warrant on file that was given under the hand of Judge Lisa Rogan on April 15, 2019, nor does it comport with California Law penal code 1529. The original search warrant does not exist. Furthermore, this is consistent with Attorney Alex R. Kessel's (Officer of the Court) email to the AUSA  Andrew Beshai which states: "The law demands that the original warrant be lodged with the issuing Court Clerk's Office (Victorville). My office has inquired and no San Bernardino Court Clerk's office has the original warrant on file. I invite you to inquire". (See exhibits "C" and "D"; see back of final page of exhibit "C" for certification stamp.)

11) Again, my inability to obtain the entire search warrant, a full copy of the original warrant with Judge Lisa Rogan's name, a warrant ID number, and warrant number on it, and the transcript pertaining to Judge Debra Harris issuing the second warrant (including the 'probable cause' for issuing it), is consistent with my allegation that both search warrants were fabricated and not legally obtained.

12) It appears the detectives in defendant Carasco's case, 8:19-cr-00169-JVS, violated the law and never properly lodged any original search warrant (signed by Judge Lisa Rogan on April 15, 2019) with the Court.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT UNDER 28 U.S.C. 1746

Executed on December 3, 2023                        /s/ Jesus Eric Carasco

EXHibit'A

TRULINCS 26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-A

---------------------------------------------------------------------------------------------------

FROM: 26019112
TO: ~~Topic, Justifyes~~
SUBJECT: CERTIFIED DOCUMENT VERIFICATION
DATE: 09/12/2023 10:43:32 PM

To: VICTORVILLE DISTRICT CRIMINAL DIVISION

   To whom it may concern, this is a formal request for copies regarding certified document verification in regards to the
authenticity of the following Search Warrant (See attached documents Bates 37-41) that was purportedly signed by Magistrate
Judge Lisa Rogan on April 15, 2019 with the San Bernardino Superior Court Victorville California. I also request copies of the
transcript and/or transcribed pertaining to the Search Warrant of Lisa Rogan that is required by California Law Penal Code
1526. I also request that your office produce the original Search Warrant Number that was purportedly given by Magistrate
Judge Lisa Rogan and /or the Warrant ID number. I also request the form of the Search Warrant that is required by Penal Code
1529 under Chapter 3 of Search warrants.

   Secondly, I request the court clerk office to provide copies of the entire Search Warrant that was given under the hand of
Magistrate Judge Debra Harris from June 11, 2020 (See attached document Bates 138). I also request the Probable Cause that
is required under California Penal Code 1525 pertaining to this Search Warrant given by Debra Harris. I also request the
transcript and/or the transcribe that is required by California Penal Code 1526.

                                                         Sincerely,
                                                         /s/ Jesus Carasco Pro Se

ExHibit B

**SUPERIOR COURT OF CALIFORNIA**
County of San Bernardino

| Warrant No. | |
|---|---|

**SEARCH WARRANT**
Probable Cause Warrant to Search
(Penal Code Section 1524)

Report #: 131901070

**SEARCH WARRANT AND AFFIDAVIT**

**AFFIDAVIT**

I, Deputy Andrew Pollick, swear under oath that the facts expressed by me in the attached and incorporated Statement of Probable Cause are true and that based therein I have probable cause to believe and do believe that the articles, property, and persons described below may be lawfully seized pursuant to Penal Code Section 1524, as indicated below, and is now located at the location(s) set forth below. Wherefore, I request that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED:      ☐ YES  ☒ NO
NIGHT SEARCH REQUESTED:       ☐ YES  ☒ NO

**SEARCH WARRANT**

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN BERNARDINO: proof by affidavit, under penalty of perjury, having been made before me by Deputy Andrew Pollick that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully sizeable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☒ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☒ an arrest warrant has been issued for __Jesus, Eric, Carasco 01/28/78_____;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

1

Exhibit A1
Fabiracted

CARASCO_000037

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

1818 S State College Boulevard apartment #350, Anaheim, Ca 92806. This location is described as a multi-building apartment complex with a multi-level underground parking structure. The building is tan with a grey roof. Apartment #350 is located on the third floor on the north side of the building. The apartment is labeled with "350".

Black 2018 Cadillac Escalade 4-door utility vehicle, California license 8FLB018. The vehicle is located at 1818 S State College Boulevard parking space #268, located in Anaheim, Ca 92806. The parking stall is labeled with "268".

**FOR THE FOLLOWING PROPERTY:**

The apartment including but not limited too; any firearms and or any illegal weapons, ammunition, narcotics, containers of any kind within the apartment including any safes, vaults, or any other locked containers located inside the apartment.

The vehicle including but not limited too; firearms and or any illegal weapons, ammunition, narcotics, containers of any kind within the vehicle including any safes, vaults, or any other locked containers located inside the vehicle.

**AND TO SEIZE IT IF FOUND** and bring it before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this 15th day of April, 2019. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

NIGHT SEARCH APPROVED: ☐ YES  ☒ NO

_____
(Signature of Magistrate)
**Judge of the Superior Court, High Desert Judicial District**

2

Exhibit A2

CARASCO_000038

Case 8:19-cr-00169-JVS    Document 183    Filed 12/12/23    Page 8 of 26    Page ID
#1759
Case 8:21-cv-01344-JGB-PVC    Document 1    Filed 11/05/21    Page 21 of 71    Page ID #:86

## EXPERTISE OF AFFIANT:

Your affiant (hereafter referred to as "I" or "me") Deputy A. Pollick is a duly sworn Deputy Sheriff for the County of San Bernardino, State of California, and has been regularly employed in such capacity since March 2014. During this time I completed the San Bernardino County Sheriff's Department Basic Academy and have worked in either a custodial or patrol capacity. I am currently assigned to the Specialized Enforcement Division as a Deputy.

I have attended the San Bernardino County Sheriff's Basic Law Enforcement Academy for a period of twenty three weeks. I have attended on the job training, in-service training, seminars, workshops, classes; in arrest and firearms, narcotic investigations, sexual assaults, child abuse, jail operations, missing persons, search warrants, vehicle theft, police community relations, DUI investigations, domestic violence, juvenile violence and case preparation.

I have over the course of my employment as a peace officer spoken to suspects involved in various crimes. Through these conversations I have learned many of the mannerism, habits, and methods of operation, involved in all types of crimes.

I have received training and made arrests in crimes such as: Burglaries, thefts, stolen property, search and seizure; crimes against persons including rape, assault with a deadly weapon, assault and battery, homicide, and other law enforcement related matters including drug related crimes.

Furthermore, I have worked with, received informal training from, and consulted with seasoned officers, experienced investigators, and supervisors.

I have also experienced, and learned, that subjects who have conducted similar activity often possessed the fruits of the crime or evidence to show the location of the fruits of the crime. Therefore, it would be reasonable to believe that the property outlined in the "Statement of Probable Cause" would be located at the place to be searched. I believe the recovery of the requested property will corroborate other evidence collected to satisfy the corpus delicti of the alleged crime(s).

3

Exhibit A3

CARASCO_000039

## STATEMENT OF PROBABLE CAUSE

On March 13, 2019, at approximately 0330 hours, Carasco contacted his former girlfriend via cell phone. Carasco sent his former girlfriend a video of himself firing a firearm through the sunroof of his moving vehicle and made threats of harm to her. The victim was in fear for her safety prompting her to notify Highland station patrol units to respond to her residence. While Highland units were in the area, they observed Carasco's vehicle arrive to the victim's residence. Deputies attempted to stop Carasco, however Carasco led Highland deputies on a vehicle pursuit. Carasco fled the vehicle on foot and was not apprehended. During a search of Carasco's vehicle, two spent 9mm cartridge cases were located inside the vehicle as well as a fanny pack containing approximately half pound of suspected cocaine and large quantity of suspected heroin. Carasco and the firearm are still outstanding.

After learning Carasco was a fugitive from New York with extensive violent criminal history, a documented gang member and armed with a firearm, the Specialized Enforcement Division was contacted to assist in the apprehension of Carasco. During the investigation, I learned Carasco's child's mother resides in Anaheim and has a 2018 Cadillac Escalade in her name. Through investigation, the vehicle was located at 1818 S State College Boulevard in the city of Anaheim. Believing Carasco was residing with his child's mother, Anaheim Police Department was asked to assist.

On April 10, 2019, Anaheim Police Department Detective McClintock drove through the underground parking structure at 1818 S State College Boulevard. Detective McClintock observed a black Cadillac Escalade SUV with attached license plates CA / 8FLB018 backed into parking space #268. During surveillance, Detective McClintock observed Carasco enter the vehicle and drive around the parking structure before re-parking in space #268. When Carasco exited his vehicle, he was seen looking in several other vehicles. Based on Detective McClintock's observations, he believes Carasco was conducting counter surveillance techniques.

Deputies from the Specialized Enforcement Division later arrived at the location and learned the address was an apartment complex. After speaking with the apartment management, they confirmed Carasco resides in apartment #350 and is assigned parking space #268. The apartment is rented to a █████ G█████ who is an associate of Carasco.

A search of the interior of the apartment and vehicle for firearms may yield additional evidence to aid deputies in our investigation and has potential to lead to additional victims and/or unsolved crimes.

**YOUR AFFIANT DECLARES UNDER PENALTY OF PERJURY,** under the laws of the State of California that this Affidavit is true and correct.

Andrew Pollick, Deputy

Date: April 15, 2019

4

Exhibit A4

CARASCO_000040

**ATTACHMENT 'A'**

Definition: Electronic Storage Devices & Hardware

Electronic storage devices consist of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar transmission, reception, collection and storage of data.

Electronic storage device includes (but is not limited to) any wireless/cellular telephone, cordless telephone, pager, fax machine, digital camera, audio recorder, video recorder and any data-processing device e.g. central processing units, memory typewriters, self-contained "laptop", "notebook", "mini-notebook", or "personal data assistant" computers.

Internal and external storage devices e.g. fixed disks (hard drives), memory cards, floppy disk, LS-120, zip drive, jaz drive, Orb drive, CD drive, DVD drive, diskettes, tape drives, optical storage devices, transistor-like binary devices, and other memory storage devices including the storage media used in the devices. Peripheral input/output device e.g. as keyboards, printers, scanners, plotters, video display monitors, optical readers.

Related communication devices e.g. modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices. Any device, mechanism, or parts that can be used to restrict access to electronic storage devices e.g. physical keys and locks bio metric readers, retinal scanners, facial recognition, signature verification, smart card or voice authentication.

Software

Computer/Equipment software (digital information) can be interpreted by electronic storage device equipment, computers and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical or other digital form. It commonly includes programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communication programs.

Documentation

Electronic storage device documentation consists of written, recorded, printed, or electronically stored material that explains or illustrates how to configure or use electronic storage device hardware, software, or other related items.

Passwords and Data Security Devices

Electronic storage device passwords and other data security devices are designed to restrict access to or hide software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

A password (a string of alphanumeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.

Data security hardware may include encryption devices, chips, dongles, biometric readers, retina scanners, facial recognition systems, voice authentication systems, hand writing authentication systems and circuit boards.

Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

5

Exhibit A5

CARASCO_000041

ExHibit C

## OFFICIAL RECEIPT

SUPERIOR COURT OF CALIFORNIA -
COUNTY OF SAN BERNARDINO
Victorville District
14455 Civic Drive
Suite 100
Victorville, CA 92392

GET ONLINE, NOT INLINE
www.sb-court.org

Receipt No.  **VI-2023-0007506**
Transaction Date  09/28/2023
Payor  JESUS CARASCO

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| FCP - Copy Fee | 5.00 |
| **SUBTOTAL** | **5.00** |
| **PAYMENT TOTAL** | **5.00** |
| Check (Ref #2863454534) | 5.00 |
| Tendered | |
| Total Tendered | 5.00 |
| Change | 0.00 |

09/28/2023
09.21 AM
Cashier DDer
Station VIWS040
Audit 55766907

**OFFICIAL RECEIPT**

---

## OFFICIAL RECEIPT

SUPERIOR COURT OF CALIFORNIA -
COUNTY OF SAN BERNARDINO
Victorville District
14455 Civic Drive
Suite 100
Victorville, CA 92392

GET ONLINE, NOT INLINE
www.sb-court.org

Receipt No.  **VI-2023-0007505**
Transaction Date  09/28/2023
Payor  JESUS CARASCO

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| Certification Copy Fee | 40.00 |
| **SUBTOTAL** | **40.00** |
| **PAYMENT TOTAL** | **40.00** |
| Check (Ref #2863454523) | 40.00 |
| Tendered | |
| Total Tendered | 40.00 |
| Change | 0.00 |

09/28/2023
09.20 AM
Cashier DDer
Station VIWS040
Audit 55766900

**OFFICIAL RECEIPT**

VVSW 20-1275

## STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

## RETURN TO SEARCH WARRANT

The following property was taken from sJesus Eric Carasco 01/28/78 and seized pursuant to Penal Code Section 1524 by virtue of a Search Warrant dated April 15, 2019, and executed by the Honorable Judge Lisa Rogan of the Superior/Municipal Court, High Desert Judicial District, County of San Bernardino, State of California.

**ITEMS SEIZED:**
- Bills Containing Jennifer Tapia's Information (Jesus Carasco's girlfriend)
- Digital Scales
- Black semi-automatic pistol - PF9400 Poly Mero Inc. P88
- U.S currency in multiple denomination
- (Refer to SBSD IRNET Division for confinscated suspected heroin/cocain.)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

JUN 1 1 2020

BY  *Wendy Barnes*
WENDY BARNES, DEPUTY

I, Deputy Andrew Pollick of the San Bernardino County Sheriff's Department, by whom this Search Warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me under this warrant.

It is further requested that for the purpose of retaining custody of this property and conducting further investigation and/or analysis of the property seized, that the court order the San Bernardino County Sheriff's Department to retain the property until it is brought before the court for hearing or other disposition, and/or that the San Bernardino County Sheriff's Department release the property to appropriate investigators, victims, and/or laboratories for further investigation and analysis without further order of this court.

_____
(Signature of Affiant)

Deputy Sheriff, San Bernardino County Sheriff's Department

_____
(Signature of Magistrate)

Judge of the Superior/Municipal Court, High Desert Judicial District, County of San Bernardino, State of California

Subscribed and sworn to before me this 11TH day of JUNE , 2020 .

Warrant ID: 000038580

Page 1 of 3

VVSW 20-1275

San Bernardino County Sheriff's Department
**SEARCH WARRANT RECEIPT**

SW No. _____

DR No. 131901070 / 60900025

On ___04 /15 /19___ , an officer of the SAN BERNARDINO COUNTY SHERIFFS Department, served a search
warrant at the premises at 1818 S STATE COLLEGE BLVD #350, ANAHEIM ___ and seized property
identified in this receipt.

The search warrant was issued on ___041519___ , by the Honorable _____ , Judge of the
___SUPERIOR___ Court of the ___VICTORVILLE___ Judicial District, County of San Bernardino,
State of California, and is filed under court number _____ (if no number provided, contact Clerk of the Court).

| ITEMS TAKEN |
| --- |

- BILLS CONTAINING JENNIFER TAFFA'S INFORMATION
- SCALES (PALM SCALE 8)
- BLACK PISTOL 9MM — PF 9600
    POLY MTPO INC
    P 88
- UNACCOUNTED CURRENCY

A copy of said receipt was delivered to ___-POSTED- JESUS CARASCO___ (or posted at the
aforementioned residence) prior to said officer leaving the premises ........ Items _____ through _____

| AWAD | F3069 | NICA SIDO | 2369 |
| --- | --- | --- | --- |
| Officer | Emp. No. | Witness | Emp. No. |

Be advised that pursuant to California Penal Code sections 1539 and 1540, you may file a written motion in the court of the
above-mentioned Judge who issued the warrant, seeking return of the property seized pursuant to this warrant.

For further information, contact the above officer at ___909-266-6570___ or, if you have further questions please
contact the above officer's supervisor ___SGT. SMITH___ at _____

The below-signed acknowledges receipt of a copy of the inventory made by searching Officer relating to property seized
under the aforementioned Search Warrant.

| AWAD F3069 | 041519 |
| --- | --- |
| Name | Date |

10-19479-401 Rev. 8/87

DISTRIBUTION:  Original — Officer
Copy — Person in charge of/or to be left at scene

**WARRANT NOTES**

VVSW 20-1275

(No Notes)

County of San Bernardino.

The people of the State of California to any peace officer in the County of San Bernardino:

Proof, by affidavit, having been this day made before me by telephone by the officer whose signature is affixed to the affidavit, that there is probable cause for believing that evidence tending to show that a felony (or felonies) has or have been committed, you are therefore commanded to make search on the person and/or property set forth in the description page and/or affidavit, which is incorporated by reference herein; and, in the case of a thing or things or personal property, if you find the same or any part thereof, to bring the thing or things or personal property forthwith before me at the courthouse of this Court.

Given under my hand, and issued at 09:14 on this 11th day of June, 2020

Hobbs Sealing Approved:  **NO**            Night Service Approved:      **NO**

Judge Debra  Harris

**Warrant ID: 000038580**

**END OF WARRANT**

**SUPERIOR COURT OF CALIFORNIA**
**County of San Bernardino**

VVSW 20-1275

| |
|---|
| Warrant No. |

| |
|---|
| **SEARCH WARRANT** |
| Probable Cause Warrant to Search |
| (Penal Code Section 1524) |

Report #: 131901070

**SEARCH WARRANT AND AFFIDAVIT**

**AFFIDAVIT**

I, Deputy Andrew Pollick, swear under oath that the facts expressed by me in the attached and incorporated **Statement of Probable Cause** are true and that based therein I have probable cause to believe and do believe that the articles, property, and persons described below may be lawfully seized pursuant to Penal Code Section 1524, as indicated below, and is now located at the location(s) set forth below.   Wherefore, I request that this Search Warrant be issued.

_____
(Signature of Affiant)

**HOBBS SEALING REQUESTED:** ☐ YES ☒ NO
**NIGHT SEARCH REQUESTED:** ☐ YES ☒ NO

**SEARCH WARRANT**

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN BERNARDINO:** proof by affidavit, under penalty of perjury, having been made before me by Deputy Andrew Pollick that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully sizeable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☒ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☒ an arrest warrant has been issued for __Jesus, Eric, Carasco 01/28/78_____;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

1

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

WSW 20-1275

1818 Ŝ State College Boulevard apartment #350, Anaheim, Ca 92806. This location is described as a multi-building apartment complex with a multi-level underground parking structure. The building is tan with a grey roof. Apartment #350 is located on the third floor on the north side of the building. The apartment is labeled with "350".

Black 2018 Cadillac Escalade 4-door utility vehicle, California license 8FLB018. The vehicle is located at 1818 S State College Boulevard parking space #268, located in Anaheim, Ca 92806. The parking stall is labeled with "268".

**FOR THE FOLLOWING PROPERTY:**

The apartment including but not limited too; any firearms and or any illegal weapons, ammunition, narcotics, containers of any kind within the apartment including any safes, vaults, or any other locked containers located inside the apartment.

The vehicle including but not limited too; firearms and or any illegal weapons, ammunition, narcotics, containers of any kind within the vehicle including any safes, vaults, or any other locked containers located inside the vehicle.

**AND TO SEIZE IT IF FOUND** and bring it before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this 15th **day of** April, **2019.** Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____, NIGHT SEARCH APPROVED: ☐ **YES**  ☒ **NO**
(Signature of Magistrate)
**Judge of the Superior Court, High Desert Judicial District**

2

WSW 20-1275

**EXPERTISE OF AFFIANT:**

Your affiant (hereafter referred to as "I" or "me") Deputy A. Pollick is a duly sworn Deputy Sheriff for the County of San Bernardino, State of California, and has been regularly employed in such capacity since March 2014. During this time I completed the San Bernardino County Sheriff's Department Basic Academy and have worked in either a custodial or patrol capacity. I am currently assigned to the Specialized Enforcement Division as a Deputy.

I have attended the San Bernardino County Sheriff's Basic Law Enforcement Academy for a period of twenty three weeks. I have attended on the job training, in-service training, seminars, workshops, classes; in arrest and firearms, narcotic investigations, sexual assaults, child abuse, jail operations, missing persons, search warrants, vehicle theft, police community relations, DUI investigations, domestic violence, juvenile violence and case preparation.

I have over the course of my employment as a peace officer spoken to suspects involved in various crimes. Through these conversations I have learned many of the mannerism, habits, and methods of operation, involved in all types of crimes.

I have received training and made arrests in crimes such as: Burglaries, thefts, stolen property, search and seizure; crimes against persons including rape, assault with a deadly weapon, assault and battery, homicide, and other law enforcement related matters including drug related crimes.

Furthermore, I have worked with, received informal training from, and consulted with seasoned officers, experienced investigators, and supervisors.

I have also experienced, and learned, that subjects who have conducted similar activity often possessed the fruits of the crime or evidence to show the location of the fruits of the crime. Therefore, it would be reasonable to believe that the property outlined in the "Statement of Probable Cause" would be located at the place to be searched. I believe the recovery of the requested property will corroborate other evidence collected to satisfy the corpus delicti of the alleged crime(s).

3

**STATEMENT OF PROBABLE CAUSE**

WSW 20-1275

On March 13, 2019, at approximately 0330 hours, Carasco contacted his former girlfriend via cell phone. Carasco sent his former girlfriend a video of himself firing a firearm through the sunroof of his moving vehicle and made threats of harm to her. The victim was in fear for her safety prompting her to notify Highland station patrol units to respond to her residence. While Highland units were in the area, they observed Carasco's vehicle arrive to the victim's residence. Deputies attempted to stop Carasco, however Carasco led Highland deputies on a vehicle pursuit. Carasco fled the vehicle on foot and was not apprehended. During a search of Carasco's vehicle, two spent 9mm cartridge cases were located inside the vehicle as well as a fanny pack containing approximately half pound of suspected cocaine and large quantity of suspected heroin. Carasco and the firearm are still outstanding.

After learning Carasco was a fugitive from New York with extensive violent criminal history, a documented gang member and armed with a firearm, the Specialized Enforcement Division was contacted to assist in the apprehension of Carasco. During the investigation, I learned Carasco's child's mother resides in Anaheim and has a 2018 Cadillac Escalade in her name. Through investigation, the vehicle was located at 1818 S State College Boulevard in the city of Anaheim. Believing Carasco was residing with his child's mother, Anaheim Police Department was asked to assist.

On April 10, 2019, Anaheim Police Department Detective McClintock drove through the underground parking structure at 1818 S State College Boulevard. Detective McClintock observed a black Cadillac Escalade SUV with attached license plates CA / 8FLB018 backed into parking space #268. During surveillance, Detective McClintock observed Carasco enter the vehicle and drive around the parking structure before re-parking in space #268. When Carasco exited his vehicle, he was seen looking in several other vehicles. Based on Detective McClintock's observations, he believes Carasco was conducting counter surveillance techniques.

Deputies from the Specialized Enforcement Division later arrived at the location and learned the address was an apartment complex. After speaking with the apartment management, they confirmed Carasco resides in apartment #350 and is assigned parking space #268. The apartment is rented to a Jessie Gonzalez, who is an associate of Carasco.

A search of the interior of the apartment and vehicle for firearms may yield additional evidence to aid deputies in our investigation and has potential to lead to additional victims and/or unsolved crimes.

**YOUR AFFIANT DECLARES UNDER PENALTY OF PERJURY**, under the laws of the State of California that this Affidavit is true and correct.

**Andrew Pollick, Deputy**

**Date:** April 15, 2019

4

**ATTACHMENT 'A'**

VVSW 20-1275

Definition: Electronic Storage Devices & Hardware

Electronic storage devices consist of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar transmission, reception, collection and storage of data.

Electronic storage device includes (but is not limited to) any wireless/cellular telephone, cordless telephone, pager, fax machine, digital camera, audio recorder, video recorder and any data-processing device e.g. central processing units, memory typewriters, self- contained "laptop", "notebook", "mini-notebook", or "personal data assistant" computers.

Internal and external storage devices e.g. fixed disks (hard drives), memory cards, floppy disk, LS-120, zip drive, jaz drive, Orb drive, CD drive, DVD drive, diskettes, tape drives, optical storage devices, transistor-like binary devices, and other memory storage devices including the storage media used in the devices. Peripheral input/output device e.g. as keyboards, printers, scanners, plotters, video display monitors, optical readers.

Related communication devices e.g. modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices. Any device, mechanism, or parts that can be used to restrict access to electronic storage devices e.g. physical keys and locks bio metric readers, retinal scanners, facial recognition, signature verification, smart card or voice authentication.

Software

Computer/Equipment software (digital information) can be interpreted by electronic storage device equipment, computers and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical or other digital form. It commonly includes programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communication programs.

Documentation

Electronic storage device documentation consists of written, recorded, printed, or electronically stored material that explains or illustrates how to configure or use electronic storage device hardware, software, or other related items.

Passwords and Data Security Devices

Electronic storage device passwords and other data security devices are designed to restrict access to or hide software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

A password (a string of alphanumeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.

Data security hardware may include encryption devices, chips, dongles, biometric readers, retina scanners, facial recognition systems, voice authentication systems, hand writing authentication systems and circuit boards.

Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt; compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

ExHibit D

 Gmail                                    Alex Kessel <kessellawfirm@gmail.com>

# USA v. Jesus Carasco, Case No.: 19-cr-00169

1 message

**Alex Kessel** <kessellawfirm@gmail.com>                    Tue, Aug 3, 2021 at 12:27 PM
To: "Beshai, Andrew (USACAC)" <Andrew.beshai2@usdoj.gov>

Andrew,

I have had a chance to thoroughly review the discovery in this case. I have been representing criminal defendants for almost 35 years. I have reviewed and contested hundreds of state search warrants in my practice.
I can tell you the search warrant (Bates 139-143) in this case is very suspicious in regards to its authenticity, content, and time of execution.

The search warrant has a number of defective aspects including:
   1) The form of the warrant does not comport with California Law.
   2) The copy of the warrant provided (Bates 208) has no warrant number noted on the warrant.
   3) The warrant does not contain the time it was purportedly signed by the magistrate which is contrary to California law demanding that search warrants note the time of issuance (P.C. § 1526).
   4) The Return for the purported warrant was filed June 11, 2020, almost 14 months after its purported execution and not within the 10 days required by California Penal Code Section 1524. This fact is very suspicious and indicative of a search warrant being prepared later in time to the purported search on April 15, 2019.
   5) The detectives appear to go back to another magistrate in June 2020 to seek approval for the same warrant at issue. I invite you to review Bates 138, which appears to be part of a telephonic warrant request. The warrant ID number is the same number used by the detectives on the untimely filed search warrant return (See Bates 136). It appears Government Counsel requested the detectives to produce a search warrant and return almost a year later and the detectives never properly obtained a warrant to search the apartment in our case and needed to create search documents a year later. Smells fishy.
   6) The law demands that the original warrant be lodged with the issuing court clerk's office (Victorville). My office has inquired, and no San Bernardino Court Clerk's Office has the original warrant on file. I invite you to inquire.
   7) The search warrant receipt (Bates 137) which has a different search warrant number, does not list the drugs purportedly seized pursuant to a warrant on April 15, 2019.
   8) The time of execution (Approximately 12:30 p.m.) in Deputy Nicassio's reports (Bates 57) is totally inconsistent with the detailed crime logs (Bates 60 and 61) which does not have the police receiving the warrant until 12:47 p.m.
   9) The untimed warrant was purportedly received for execution at 12:47 in Anaheim, Orange County. Presuming it would take some time to execute, locate and seize the drugs and firearm. However, a report prepared by Deputy Daniel Garcia (Bates 32) noted he received the drugs and other contraband from the search warrant in Orange County at the West Valley Detention Center in San Bernardino at approximately 12:50 p.m. There is no way a warrant in Orange County can be executed and 3 minutes later at 12:50 the seized items are at a jail facility which is at least an hour drive from the search location. Sounds fishy!

These real and significant search warrant problems are compounded by the other issues in this case including inconsistent statements in police reports, discrepancies in the amounts and locations of money seized, the

Exhibit C1

Case 8:19-cr-00169-JVS    Document 183    Filed 12/12/23    Page 23 of 26    Page ID
#:1774
Case 8:22-cv-00755-JVS   Document 3   Filed 04/04/22   Page 17 of 42   Page ID #:30

failure to follow department proc___ _res with respect to booking evidence ___ conveniently destroying the audio tape purportedly containing the defendant's confession to Detective Nicassio.

I suggest you speak with your supervisors about the real and material issues in this case which definitely affects the integrity of the Government's case against my client.

I also request the Government produce the entire warrant for the signature page at Bates 138. I also request you produce the audio recording and transcript of the telephonic warrant signed by Judge Harris on June 11, 2020, which contains the same warrant ID Number as the purported warrant signed by a different judge on April 15, 2019. California Penal Code Section 1526 requires that a telephonic warrant be recorded and transcribed. Again, this all sounds and looks fishy.

I rather be transparent in my assessment of the evidence and the clear and supported implications of unethical, illegal and untrustworthy conduct by the San Bernardino Sheriff's Department in this case.
I will await your response.

Sincerely,
Alex R. Kessel
Law Offices of Alex R. Kessel
15910 Ventura Blvd., Suite 1030
Encino, CA 91436
P: (818) 995-1422
F: (818) 788-9408

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Exhibit C2

TRULINCS  26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-A

---------------------------------------------------------------------------------------------------

FROM: 26019112
TO:
SUBJECT: case# 8:19-cr-00169-JVS
DATE: 12/06/2023 08:21:01 PM

To: Honorable Judge James V. Selna
411 West 4th Street Room 1053
Santa Ana, CA 92701

From: Jesus Eric Carasco
MDC Brooklyn - Metropolitan Detention Center
Inmate Legal Mail
80 29th Street
Brooklyn, NY 11232

Regarding: Case # 8:19-cr-00169-JVS

I am writing to bring to your attention an affidavit I have put together on two of the three search warrants that the prosecution
and the Court relied upon in my trial.  During the trial, I raised concerns numerous times on the authenticity of the search
warrants, which did not result in any adequate response from The Court or the Government.  In the attached affidavit you will
find certified evidence that the search warrants were in fact fabricated and that the original purported warrant from Judge Lisa
Rogan does not exist.

For example, at the sentencing hearing, when I raised, once again, my concerns with the search warrants, the prosecution
responded that "the search warrant issue, the court addressed that at trial," transferring the burden of authenticity of the search
warrants to The Court.  I am seeking appropriate corrective action regarding the authenticity of the search warrants in my case.
If there are any actions that Your Honor can take towards appropriately resolving these concerns and their implications for my
case with the US Attorney's office, that could be an expedient solution for restoring justice in this case and to prevent any
further harm.

Sincerely, /s/ Jesus Carasco



Name

Registe

Address: M - D - C

Go 29th Street

Brooklyn, NY 11232

To:

Honorable Judge James V Selna

411 West 4th Street Room 1053

Santa Ana, CA - 98701

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 2 2023

CENTRAL DISTRIC OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

Scann

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed to you
through special mailing procedures.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction, please
return the material for further information.
If the writer encloses correspondence
for forwarding to another address, please
return the enclosure to the above address.