Audio files for Jesus Carasco

Case # 8:19-cr-00169-JVS
related to docket #197,
MOTION TO COMPEL DISCLOSURE



FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOTICE OF LODGING - Flash Drive



