```
1   JESUS ERIC CARASCO, PRO SE
2   Register No.: 26019-112
3   Metropolitan Detention Center
4   80 29th Street
5   Brooklyn, NY 11232
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:19-CR-00169-JVS |
| Plaintiff, | **NOTICE OF AMENDMENT TO NOTICE OF MANUAL FILING** |
| Vs. | |
| JESUS ERIC CARASCO, | |
| Defendant | |

On 9-4-2024, a Notice of Lodging for a flash drive was filed (Dkt 198) pursuant to local rule 5-4.2.

The Notice of Lodging incorrectly referred to Dkt 197. In fact, the flash drive was in reference to Dkt 196, "MOTION TO COMPEL DISCLOSURE OF *BRADY* AND *GIGLIO* MATERIAL".

The flash drive contained audio files from during and around the San Bernardino Sheriff's Department officers' arrest of Mr. Carasco. The transcripts of those audio files were included as Exhibits A-C in the original Motion to Compel (Dkt 196), as follows.

1) Exhibit A: CARASCO 000231

      a. 231_4.23_4.26 audio.mp3
      b. 231_5.15_5.31 audio.mp3
      c. 231_5.48_6.16 audio.mp3
      d. 231_6.57_7.08 audio.mp3
      e. 231_7.15_7.46 audio.mp3
2) Exhibit B: CARASCO 000232
      a. 232_6.32_6.42 audio.mp3
      b. 232_7.15_7.33 audio.mp3
3) Exhibit C: CARASCO_000206, `Post arrest recording'
      a. 206_post_arrest_3.00_3.47 audio.mp3

Respectfully submitted,

/s/ Jesus Eric Carasco, Pro-Se

# CERTIFICATE OF SERVICE

1. 

2. I, Jesus Eric Carasco, am an inmate at the Metropolitan Detention Center at
3. 80 29th Street in Brookyn, NY 11232. I am the defendant, pro-se, in the instant
4. case.
5. I hereby certify that, on September 12, 2024, I caused filing with the
6. Court the foregoing NOTICE OF AMENDMENT TO NOTICE OF MANUAL
7. FILING; and I placed a sealed envelope for collection and mailing via United
8. States mail to the following:
9. 
10. Ronald Reagan Federal Building and United States Courthouse
11. 411 W 4th Street Suite 8000, Santa Ana, CA 92701
12. AUSA Nandor Kiss;
13. 
14. and
15. 
16. Ronald Reagan Federal Building and United States Courthouse
17. 411 W 4th Street #1053, Santa Ana, CA 92701
18. Honorable James V. Selna
19. Courtroom 10C
20. 
21. This certificate is executed on September 12, 2024, in Brooklyn, NY. I
22. certify under penalty of perjury that he foregoing is true and correct.
23. 
24. /s/ Jesus Eric Carasco, Pro-Se
25.



Jesus Er
Reg # 26010-112
Metropolitan Detention Center
80-29 29th Street
Brooklyn, N.Y. 11232

To: Honorable James V. Selna
Ronald Reagan Federal Building And
United States Court House
411 West 4th Street #1053
Santa Ana, California 92701

Picasso

METROPOLITAN DETENTION CENTER
80 29TH ST. BROOKLYN, NY 11232
The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.