JESUS ERIC CARASCO, PRO SE
Register No.: 26019-112
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:19-CR-00169-JVS |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| Vs. | |
| JESUS ERIC CARASCO, | |
| Defendant | |

Mr. Carasco hereby files a Notice of Manual Filing, pursuant to local rule 5-4.2, for a flash drive containing an audio file relevant to the attached MOTION FOR PERMISSION TO SUPPLEMENT RULE 33 MOTION.

The flash drive contains a 40-second audio recording of Lt. Joshua Smith reading Mr. Carasco his Miranda rights. The transcript of that recording can be found in Exhibit B to the attached Rule 33 supplement motion.

Respectfully submitted,

/s/ Jesus Eric Carasco, pro-se

## CERTIFICATE OF SERVICE

I, Jesus Eric Carasco, am an inmate at the Metropolitan Detention Center at 80 29th Street in Brookyn, NY 11232. I am the defendant, pro-se, in the instant case.

I hereby certify that, on October 27, 2024, I caused filing with the Court the foregoing NOTICE OF MANUAL FILING; and I placed a sealed envelope for collection and mailing via United States mail to the following:

Ronald Reagan Federal Building and United States Courthouse
411 W 4th Street Suite 8000, Santa Ana, CA 92701
AUSA Nandor Kiss;

and

Ronald Reagan Federal Building and United States Courthouse
411 W 4th Street #1053, Santa Ana, CA 92701
Honorable James V. Selna
Courtroom 10C

This certificate is executed on October 27, 2024, in Brooklyn, NY. I certify under penalty of perjury that he foregoing is true and correct.

/s/ Jesus Eric Carasco

PRESS FIRMLY TO SEAL

FSC MIX FSC® C118818

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID

OCT 28, 2024

92701

$32.00

RDC 07

S2323Y501899-2

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EE 399 389 128 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (650) 422 0746
JOE BAKMAN
743 Cooksey Ln
Stanford CA 94305

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 31 2024
SOUTHERN DIVISION BY DEPUTY

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) Ronald PHONE (650) 422 0746
Reagan Federal Bldg + US Courthouse
411 W 4TH STREET #1053
SANTA ANA CA
ASU C NANDOR KISS

ZIP + 4® (U.S. ADDRESSES ONLY) 92701-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | |
|---|---|---|
| PO ZIP Code: 94306 | Scheduled Delivery Date (MM/DD/YY): 10.30.24 | Postage: $ 32.00 |
| Date Accepted (MM/DD/YY): 10.28.24 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ / — COD Fee: $ / |
| Time Accepted: 4:05 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ / | Return Receipt Fee: $ / — Live Animal Transportation Fee: $ / |
| Special Handling/Fragile: $ / | Sunday/Holiday Premium Fee: $ / | Total Postage & Fees: $ 32.00 |
| Weight: ☐ Flat Rate lbs. 3 ozs. | Acceptance Employee Initials: CH | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, JULY 2018 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.






