UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:19-cr-00169-JVS | Date | November 15, 2024 |
| Title | United States v. Carasco | | |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Minute Order Setting Briefing Schedule on Motions to Compel Disclosure [189, 190, 193, 194, 196], Henthorn Motion [197], and Motion for New Trial [184, 204]**

### A.  Motions to Compel Disclosure

On March 19, 2024, Jesus Eric Carasco ("Carasco") filed a motion to compel disclosure under Brady. (Dkt. No. 189.) On March 22, 2024, Carasco filed another motion to compel disclosure under Brady. (Dkt. No. 190.) On April 11, 2024, Carasco submitted another motion to compel disclosure under Brady. (Dkt. No. 193.) On April 24, 2024, Carasco filed a motion to compel disclosure under Brady and Giglio. (Dkt. No. 194.) On August 19, 2024, Carasco filed an amended motion to compel disclosure of Brady materials. (Dkt. No. 196.)

The Government shall file an opposition (or notice of non-opposition) by December 16, 2024.

Any reply by Carasco shall be filed by January 21, 2025.

### B.  Henthorn Motion

On August 19, 2024, Carasco filed a Henthorn motion. (Dkt. No. 197.)

The Government shall file an opposition (or notice of non-opposition) by December 16, 2024.

Any reply by Carasco shall be filed by January 21, 2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  8:19-cr-00169-JVS                                          Date  November 15, 2024

Title  United States v. Carasco

### C.  Motion for New Trial

On January 17, 2024, Carasco filed a motion for new trial under Federal Rule of Criminal Procedure 33.  (Dkt. No. 184.)  On November 12, 2024, Carasco filed a request to rule on his motion for new trial.  (Dkt. No. 204.)

The Government shall file an opposition (or notice of non-opposition) by December 16, 2024.

Any reply by Carasco shall be filed by January 21, 2025.

A copy of this minute order is sent via US Mail to: Jesus Eric Carasco, Reg No. #26019-112, Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232.

**IT IS SO ORDERED.**