TRULINCS 26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-B

----------------------------------------------------------------------------

FROM: 26019112
TO:
SUBJECT: Notice of Appeal
DATE: 03/20/2025 07:37:38 PM

Jesus Eric Carasco
80 29th Street
Brooklyn, NY 11232
Pro Se



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America,
PLAINTIFF,

Case number: 8:19-cr-00169-JVS-1

v.

Jesus Eric Carasco,
DEFENDANT

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Jesus Eric Carasco hereby appeals to the United States Court of Appeals for the Ninth Circuit with regards to the denial of the defense's Rule 33 motion (Motion for a New Trial at Dkt 184 and 204, Henthorn Motion at Dkt 197, and Motion for an Order authorizing Subpoenas at Dkt 199), which was denied on 3/14/2025 (Dkt 210).

Mr. Carasco also appeals the denial of the defense's Motions to Compel Disclosure under Brady (Dkts 189, 190, 194, 196), which were denied on 3/13/2025 (Dkt 209).

Mr. Carasco is currently imprisoned in the Metropolitan Detention Center in Brooklyn, NY.

/s/ Jesus Eric Carasco, pro-se
Mailed via BOP mail on March 20th, 2025.

Jesus Eric Carasco #26019-112
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

Honorable James V. Selna
411 W. 4th St. #1053
Santa Ana, CA 92701

proc