TRULINCS 26019112 - CARASCO, JESUS ERIC - Unit: BRO-C-B

---

FROM: 26019112
TO:
SUBJECT: motion for affadivt
DATE: 03/26/2025 09:19:37 AM

JESUS ERIC CARASCO (pro-se)
Register No.: 26019-112
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISCTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

CASE 8:19-cr-00169-JVS

vs

JESUS ERIC CARASCO,
Defendant/Petitioner.

AFFIDAVIT OF SAM BANKMAN-FRIED IN SUPPORT OF MOTION REQUESTING APPOINTMENT OF NEW COUNSEL FOR 2255 MOTION WITH SUPPORTING EXHIBIT

Defendant Jesus Carasco hereby submits the attached affidavit of Sam Bankman-Fried and exhibit in support of defendant's motion for the appointment of new counsel for his prospective 2255 motion.

Dated: March 26, 2025

Respectfully submitted,
/s/ Jesus Eric Carasco

TRULINCS 37244510 - BANKMAN-FRIED, SAMUEL - Unit: BRO-C-B

---

FROM: 37244510
TO:
SUBJECT: JEC Affidavit
DATE: 03/20/2025 08:40:09 PM

I, Sam Bankman-Fried, swear the following under penalty of perjury:

1) I have assisted Mr. Carasco with his recent filings (see e.g. Johnson v. Avery, 393 US 483). In particular, I assisted with the recent Rule 33 motion and follow-ups (see Dkts 184, 208), which argued, among other things, that the San Bernardino Sheriff's Department (SBSD) deputies who arrested Mr. Carasco and seized the narcotics for which he was convicted did so without having any search warrant--and found those narcotics in an apartment that was not actually Mr. Carasco's. They later requested a brand new search warrant more than one year after the search and arrest (the "Harris Warrant"), but have refused to disclose the true affidavit of probable cause--presumably because, issued 14 months after Mr. Carasco's arrest, the warrant's real affidavit of probable cause does not actually have anything to do with Mr. Carasco or the search it purportedly justifies. Those SBSD deputies then attempted to submit multiple falsified search warrants to cover for their misconduct. And they misled the prosecution, the Court, and the ultimately the jury by falsely stating that it was Mr. Carasco's apartment that they found the narcotics in, even though documentary evidence proves otherwise. This Court recently denied Mr. Carasco's Rule 33 motion on the grounds that the above evidence was not sufficiently new, although it did not disagree with the actual evidence or claims in the motion (see Dkt 210).

2) Although Mr. Carasco understands his case, because of his difficult childhood and lack of formal education, he is not well equipped to write, type, spell, or articulate the arguments in the format required by this Court--as this Court itself has noted before. Mr. Carasco had a difficult childhood with little parental guidance, but while in prison has become a "positive role model for other inmates" (see Exhibit A).

3) I am likely to be designated to a new facility soon, and as such do not expect to be able to assist Mr. Carasco any more.

/s/ Sam Bankman-Fried
March 20th, 2025





**U. S. Department of Justice**

Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York

December 1, 2024

MEMORANDUM FOR: TO WHOM IT MAY CONCERN

FROM: Rev. Steve Mun, Chaplain

SUBJECT: Mr. Carasco, Jesus Eric
         Registration Number: 26019-112 / Housing Unit – 4N

This memo is being written to acknowledge the outstanding contribution that Mr. Carasco has made as an active member of Christian faith community at the MDC Brooklyn.

Mr. Carasco arrived at the MDC Brooklyn in April of 2022 and immediately established himself as a faithful member of the Faith community. Mr. Carasco works as a Chapel helper and assists the Chaplains and Mr. Carasco is doing a wonderful job in that role.

Mr. Carasco is in line for a Certificate of Appreciation for his outstanding service to the Faith Community.

The Religious Services Department sees Mr. Carasco a positive role model for other inmates and prays that he continues to strive for excellence in faith, and love.

Sincerely,

Rev. Steve Mun, Chaplain



