JESUS ERIC CARASCO, PRO SE
Register No.: 26019-112
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:19-CR-00169-JVS |
| Plaintiff, | **MEMORANDUM** |
| Vs. | |
| JESUS ERIC CARASCO, | |
| Defendant | |

Mr. Carasco writes this Memorandum to alert the Court and the Government that

on April 16th, 2025 Mr. Carasco submitted the following; Search Warrant purportedly

signed by Judge Lisa Rogan and Search Warrant purportedly signed by Judge William

Powell to the Superior Court of San Bernardino Legal Processing Assistant Rachel

Rivas. On April 21st, 2025 the Superior Court responded with a letter confirming upon

their review that they did not locate any search warrants recorded that pertained to Mr.

Carasco or his property in 2019. Specifically stating that they "searched for anything

related to the property located at 1818 S State College Blvd Apt. 350 Anaheim, CA.

92806 and also for the Black 2018 Cadillac Escalade with license plate #8FLB018 and

found nothing" (See EXHIBIT A). Moreover, the Search Warrants themselves state that

"This Search Warrant and incorporated Affidavit was sworn to and subscribed before

me" and that leads to great concern because they were not sworn before the Judge nor is

there any record of any of these Search Warrants or their original 'wet signatures'. This

only leaves one conclusion; that the deputies falsely created these Search Warrants and

they are not valid. The Government has contested that the "warrants are valid" (See

DKT 187 at 9*) yet these warrants were never "issued" by any of the state Judges.


    Furthermore, the Government still has obligations here because this information

casts doubt upon the correctness of the conviction (See *Imber v. Pachtman*, 424 U.S.

409, 427 n. 25 (1976)).


                                                       Respectfully submitted,

                                               /s/ Jesus Eric Carasco, pro-se

# Exhibit A

### Superior Court of California
### County of San Bernardino
### Central District
247 W. Third Street
San Bernardino, CA. 92415
(909) 384-1888



April 21, 2025

Jesus Carasco

To whom it may concern:

This letter is being sent to you per your request to research our 2019 search
warrant records.  Upon review, I did not locate any search warrants recorded
pertaining to you or your property in 2019.  I searched for anything related to the
property located at 1818 S State College Blvd Apt. 350 Anaheim, CA. 92806 and
also for the Black 2018 Cadillac Escalade with license plate #8FLB018 and I
found nothing.  Here at the San Bernardino Justice Center we had never
received any search warrants from the officers after they had gotten Judges'
signatures on said warrants.  Usually when an officer comes into the courthouse
to get a wet signature from the Judge for a search warrant they are supposed to
bring it down to our agency window so we can record it, seal stamp Judge's
name and give it a warrant number (SBSW#).  Both warrants that were signed by
Judge Powell and Judge Rogan did not have that from us in 2019 when the
warrants were "issued" and signed.
Now legally I cannot say if they absolutely have to have a warrant number on that
search warrant before the officers serve it.  If they do not get a warrant number
prior to serving it, then when they return the warrant to us we will then issue it a
number for our records since we are recording it.
Now your other question as to whether Judge Powell's signature was forged by
the officer or not I cannot confirm.  The reason I can't confirm is because on the
electronic warrant site his signature is showing his name very clearly William J
Powell but on other things he has signed to this day it has been shortened as
shown on the search warrant he signed in 2019.

If you have any further questions, please call the number listed above.

Sincerely,
*Rachel Rivas*



Good afternoon,

I did not forget about you at all.  I was able to do some research yesterday on your inquiry.

I checked for both the search warrants that Rogan and Powell signed and I did not find any record in our 2019 binders here.  I checked the whole month of April 2019 and nothing.

So they did not bring them here to us to log them or give them a warrant number (i.e. VVSW or SBSW #).

Also I cannot confirm if that signature of Powell's is forged because his signature is shortened because of signing so many things.  On the electronic website for their signatures is a lot longer.

Now I apologize I won't be able to give you something on a more formal letter today since I'm off in 10 minutes.  I just wanted to give you an update at least.

I will draft something up on Monday for you and email it.  I hope this at least helps a little.

Try to have a good weekend.

Thank you,

**Rachel Rivas**
Legal Processing Assistant II
Superior Courts of San Bernardino County, Justice Center
Criminal Department, Felony Unit
W: (909) 521-3075  F: (909) 521-3060
www.sb-court.org

Jesus E
# 26014-112
M.D.C Brooklyn
80 - 29th Street
Brooklyn, N.Y. 11232



CERTIFIED MAIL

7018 1830 0000 9893 4568

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

Honorable   James V. Selna   Courtroom # 10C
Ronald  Reagan  federal building;
411 West 4th Street # 1053
Santa Ana , California   92701

proc